# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
FOX VALLEY MICRO LOAN FUND, § Case No. 10-02791
INC. §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKRUPTCY COURT
219 S. DEARBORN STREET
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 05/02/2013 in Courtroom 240,
United States Courthouse
Old Kane County Courthouse
100 S. Third Street, Geneva, IL  60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: _____

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL 60187

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FOX VALLEY MICRO LOAN FUND, INC. | § | Case No. 10-02791 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 175,952.43 |
| and approved disbursements of | $ | 15,375.97 |
| leaving a balance on hand of[1] | $ | 160,576.46 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 12,047.62 | $ 0.00 | $ 12,047.62 |
| Attorney for Trustee Fees: THOMAS E. SPRINGER | $ 11,068.00 | $ 11,068.00 | $ 0.00 |
| Attorney for Trustee Expenses: THOMAS E. SPRINGER | $ 163.22 | $ 163.22 | $ 0.00 |
| Accountant for Trustee Fees: RSM McGladrey, Inc. | $ 950.00 | $ 950.00 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 136.65 | $ 136.65 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 12,047.62 |
| Remaining Balance | $ | 148,528.84 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 337,889.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 44.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FDIC as Receiver for Amcore Bank, N.A. | $ 226,125.00 | $ 0.00 | $ 99,399.76 |
| 2 | CDFI - US Treasury | $ 111,764.00 | $ 0.00 | $ 49,129.08 |
|  | Total to be paid to timely general unsecured creditors |  |  | $ 148,528.84 |
|  | Remaining Balance |  |  | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Thomas E. Springer
                    Trustee

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                     Case No. 10-02791-CAD
Fox Valley Micro Loan Fund, Inc.                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mflowers              Page 1 of 2              Date Rcvd: Mar 27, 2013
                              Form ID: pdf006             Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2013.
db           +Fox Valley Micro Loan Fund, Inc.,   1250 Larkin Avenue,    Suite 100,    Elgin, IL 60123-6078
15234066     +Amcore Bank, N.A.,    501 Seventh Street,   Rockford, IL 61104-1245
15005936      CDFI - US Treasury,   601  15th St. NW, Ste.2005,   Washington, DC 20005
16196047     +FDIC as Receiver for Amcore Bank, N.A.,    c/o K. Carlson & J. Gansberg,    Much Shelist,
               191 N. Wacker Drive, Suite 1800,   Chicago, IL 60606-1631
15564879     +Harris N.A. as Assginee of Amcore Bank, N.A.,    Jeffrey L. Gansberg & KurtM. Carlson,
               Much Shelist,   191 N. Wacker Dr., #1800,    Chicago, IL 60606-1631
15005937      JP Morgan Chase,   1 Chase Manhattan Plaza,    Flr 6,   New York, NY 10005-1401
15005938     +Kurt M. Carlson,   Much Shelist,   191 N. Wacker Dr., Ste 1800,    Chicago, IL 60606-1631
15632375     +United States Department of the Treasury,    CDFI Fund,   601 - 13th Street, N.W.,
               Suite 200 South,   Washington, D.C 20005-3807

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Thomas E. Springer
15234191*    +Amcore Bank, N.A.,    501 Seventh Street,   Rockford, IL 61104-1245
15005935     ##Amcore Bank,   501 Seventh Street,   P O Box 1537,   Rockford, IL 61110-0037
                                                                                      TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 29, 2013**           **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: mflowers              Page 2 of 2                   Date Rcvd: Mar 27, 2013
                              Form ID: pdf006             Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2013 at the address(es) listed below:

          Jeffrey L. Gansberg    on behalf of Creditor    Harris N.A. as Assignee of Amcore Bank, N.A.
           jgansberg@muchshelist.com,   nsulak@muchshelist.com
          Jeffrey L. Gansberg    on behalf of Creditor    Amcore Bank, N.A. jgansberg@muchshelist.com,
           nsulak@muchshelist.com
          Jeffrey L. Gansberg    on behalf of Creditor    Federal Deposit Insurance Corporation as Receiver
           for Amcore Bank, N.A. jgansberg@muchshelist.com,   nsulak@muchshelist.com
          Kent A Gaertner    on behalf of Trustee Thomas E Springer kgaertner@springerbrown.com,
           kgaertner@springerbrown.com;marigonzo@springerbrown.com
          Megan A Drefchinski    on behalf of Interested Party    MB Financial Bank, N.A.
           mdrefchinski@collinslaw.com,   ktaylor@collinslaw.com
          Michele M Springer    on behalf of Trustee Thomas E Springer mspringer@springerbrown.com,
           marigonzo@springerbrown.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Stephen J Costello    on behalf of Debtor    Fox Valley Micro Loan Fund, Inc. steve@costellolaw.com
          Thomas E Springer    on behalf of Accountant Patrick T Shaw tspringer@springerbrown.com,
           tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
          Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com,
           jkrafcisin@springerbrown.com
          Thomas E Springer     tspringer@springerbrown.com,
           tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com

                                                                                              TOTAL: 11

Case 10-02791   Doc 50   Filed 03/27/13   Entered 03/29/13 23:47:32   Desc Imaged
                        Certificate of Notice    Page 6 of 6