UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| FOX VALLEY MICRO LOAN FUND, INC. | § | Case No. 10-02791 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter   on            . The case was pending for    months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/THOMAS E. SPRINGER, TRUSTEE_____
                                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| ILLINOIS CHARITY BUREAU FUND | | | | | |
| Thomas E. Springer | | | | | |
| Thomas E. Springer | | | | | |
| Rsm McGladrey, Inc. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amcore Bank 501 Seventh Street P O Box 1537 Rockford, IL 61110-0037 | | | | | |
| | CDFI - US Treasury 601 15th St. NW, Ste.2005 Washington, DC 20005 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | JP Morgan Chase 1 Chase Manhattan Plaza Flr 6 New York, NY 10005-1401 |  |  |  |  |  |
| 2 | Cdfi - Us Treasury |  |  |  |  |  |
| 1 | Fdic As Receiver For Amcore Bank, N |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-02791 | CAD | Judge: Carol A. Doyle | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | FOX VALLEY MICRO LOAN FUND, INC. | | | | Date Filed (f) or Converted (c): | 01/26/10 (f) |
| | | | | | 341(a) Meeting Date: | 03/01/10 |
| For Period Ending: | 07/12/13 | | | | Claims Bar Date: | 06/10/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Ridgestone Bank, Schaumburg - CD | 40,857.70 | 40,857.70 | | 41,548.81 | FA |
| 2. National City - Money Market 880287878 | 81,115.28 | 81,115.28 | | 81,115.28 | FA |
| 3. National City Checking Acct. #610273404 | 37,164.43 | 37,164.43 | | 37,164.43 | FA |
| 4. National City Checking Acct. 610273529 | 220.48 | 220.48 | | 220.48 | FA |
| 5. Loans receivable | 144,212.23 | 14,845.74 | | 14,845.74 | FA |
| Remaining loans receivable (and misc. equipment) sold pursuant to Order approving sale entered 9/30/10 | | | | | |
| 6. Misc office equipment and furniture, fixtures and | 500.00 | 500.00 | | 500.00 | FA |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 94.57 | Unknown |
| TOTALS (Excluding Unknown Values) | $304,070.12 | $174,703.63 | | $175,489.31 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims and file objections thereto if necessary. Final Fee applications for Counsel and Accountant
will then be prepared and Final Report will be filed.

Initial Projected Date of Final Report (TFR): 06/15/12     Current Projected Date of Final Report (TFR): 09/15/12

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Ver: 17.02d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-02791 -CAD | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | FOX VALLEY MICRO LOAN FUND, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9346  CHECKING ACCOUNT |
| Taxpayer ID No: | *******0550 | | |
| For Period Ending: | 07/12/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 162,160.67 | | 162,160.67 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 89.97 | 162,070.70 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 103.26 | 161,967.44 |
| 11/06/12 | 100000 | RSM McGladrey, Inc  5155 Payshere Circle  Chicago, IL 60674 | First Interim Fee App | 3410-000 | | 950.00 | 161,017.44 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 99.42 | 160,918.02 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 102.51 | 160,815.51 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 239.05 | 160,576.46 |
| 05/03/13 | 100001 | THOMAS E. SPRINGER, TRUSTEE  400 S. County Farm Road  Suite 330  Wheaton, IL 60187 | Chapter 7 Compensation/Expense | 2100-000 | | 12,047.62 | 148,528.84 |
| 05/03/13 | 100002 | FDIC as Receiver for Amcore Bank, N.A.  c/o K. Carlson & J. Gansberg  Much Shelist  191 N. Wacker Drive, Suite 1800  Chicago, IL 60606 | Claim 1, Payment 43.95788% | 7100-000 | | 99,399.76 | 49,129.08 |
| 05/03/13 | 100003 | CDFI - US Treasury  601 15th St. NW, Ste.2005  Washington, DC 20005 | Claim 2, Payment 43.95788% | 7100-000 | | 49,129.08 | 0.00 |

Page Subtotals    162,160.67    162,160.67

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-02791 -CAD | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | FOX VALLEY MICRO LOAN FUND, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9346 CHECKING ACCOUNT |
| Taxpayer ID No: | *******0550 | | |
| For Period Ending: | 07/12/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 162,160.67 | 162,160.67 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 162,160.67 | 0.00 | |
| | | | Subtotal | | 0.00 | 162,160.67 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 162,160.67 | |

Page Subtotals    0.00    0.00

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-02791 -CAD | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | FOX VALLEY MICRO LOAN FUND, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******0669  MONEY MARKET |
| Taxpayer ID No: | *******0550 | | |
| For Period Ending: | 07/12/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/11/10 | 5 | Simply Appetizers<br>3511 Persimmon Dr.<br>Algonquin, IL 60102 | accounts receivable | 1121-000 | 461.44 | | 461.44 |
| 03/11/10 | 5 | Paul Rescino<br>Helene R Rescino<br>557 Mann Pl.<br>Elgin, IL 60120 | accounts receivable | 1121-000 | 61.50 | | 522.94 |
| 03/25/10 | 5 | Stencils & Stripes Unlimited Inc.<br>1108 S. Crescent Ave.<br>Park Ridge, IL 60068-4846 | accounts receivable | 1121-000 | 666.21 | | 1,189.15 |
| 03/25/10 | 5 | Marcos Carrillo<br>Community Advantage Network, Inc.<br>(FVM General 2009-0003)<br>457 Poplar Court<br>Elgin, IL 60120 | accounts receivable | 1121-000 | 250.00 | | 1,439.15 |
| 03/25/10 | 5 | Lori A. Janik<br>874 Park Hill Cir.<br>Aurora, IL 60502 | accounts receivable | 1121-000 | 230.72 | | 1,669.87 |
| 03/26/10 | 5 | Fox Valley Discount Mall, Inc.<br>DBA Fox Valley Flee Market<br>1500 E. New York St.<br>Aurora, IL 60505 | accounts receivable | 1121-000 | 2,541.03 | | 4,210.90 |
| 03/31/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.01 | | 4,210.91 |
| 04/06/10 | 1 | Ridgestone Bank<br>10 N. Martingale Rd.<br>Suite 100<br>Schaumburg, IL 60173 | Turnover of Debtor's CD | 1129-000 | 41,548.81 | | 45,759.72 |
| 04/08/10 | 2, 3, 4 | National City Bank<br>1695 Larkin Avenue | Turnover of funds from Debtor's<br>checking and money market accounts | 1129-000 | 118,963.31 | | 164,723.03 |

Page Subtotals   164,723.03   0.00

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-02791 -CAD | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | FOX VALLEY MICRO LOAN FUND, INC. | Bank Name: | BANK OF AMERICA |
|  |  | Account Number / CD #: | *******0669  MONEY MARKET |
| Taxpayer ID No: | *******0550 |  |  |
| For Period Ending: | 07/12/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Elgin, IL 60123 | | | | | |
| 04/27/10 | 5 | Stencils & Stripes Unlimited Inc.<br>1108 S. Crescent Ave.<br>Park Ridge, IL 60068-4846 | accounts receivable | 1121-000 | 666.21 | | 165,389.24 |
| 04/30/10 | 7 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 4.42 | | 165,393.66 |
| 05/06/10 | 5 | Marcos Carrillo<br>Community Advantage Network Inc.<br>457 Poplar Ct<br>Elgin, IL 60120 | accounts receivable | 1121-000 | 250.00 | | 165,643.66 |
| 05/21/10 | 5 | Marcos Carrillo<br>Community Advantage Network Inc<br>457 Poplar Ct<br>Elgin, IL 60120 | accounts receivable | 1121-000 | 240.00 | | 165,883.66 |
| 05/21/10 | 5 | Marcos Carrillo<br>Community Advantage Network Inc<br>457 Poplar Ct<br>Elgin, IL 60120 | accounts receivable | 1121-000 | 240.00 | | 166,123.66 |
| 05/28/10 | 7 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 7.03 | | 166,130.69 |
| 06/18/10 | 5 | Marcos Carrillo<br>Community Advantage Network Inc.<br>457 Poplar Ct<br>Elgin, IL 60120 | accounts receivable | 1121-000 | 250.00 | | 166,380.69 |
| 06/25/10 | 5 | Stencils & Stripes Unlimited, Inc.<br>1108 S. Crescent Ave<br>Park Ridge, IL 60068-4846 | accounts receivable | 1121-000 | 666.21 | | 167,046.90 |
| 06/30/10 | 5 | Stencils & Stripes Unlimited Inc.<br>1108 S. Crescent Ave.<br>Park Ridge, IL 60068-4846 | accounts receivable | 1121-000 | 666.21 | | 167,713.11 |
| 06/30/10 | 7 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 6.83 | | 167,719.94 |
| 07/20/10 | 5 | Marcos Carrillo | accounts receivable | 1121-000 | 240.00 | | 167,959.94 |

Page Subtotals    3,236.91    0.00

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-02791 -CAD | Trustee Name: THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | FOX VALLEY MICRO LOAN FUND, INC. | Bank Name: BANK OF AMERICA |
| | | Account Number / CD #: *******0669  MONEY MARKET |
| Taxpayer ID No: | *******0550 | |
| For Period Ending: | 07/12/13 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Community Advantage Network Inc 457 Poplar Ct Elgin, IL 60120 | | | | | |
| 07/30/10 | 7 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 7.12 | | 167,967.06 |
| 08/13/10 | 5 | Stencils & Stripes Unlimited, Inc. 1108 S. Crescent Ave. Park Ridge, IL  60068-4846 | accounts receivable | 1121-000 | 666.21 | | 168,633.27 |
| 08/25/10 | 5 | Marcos Carrillo Community Advantage Network, Inc. 457 Poplar Ct Elgin, IL 60120 | accounts receivable | 1121-000 | 250.00 | | 168,883.27 |
| 08/31/10 | 7 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 7.15 | | 168,890.42 |
| 09/30/10 | 7 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 6.94 | | 168,897.36 |
| 10/05/10 | 5, 6 | Bank Advisors, Ltd. 3016 Bennett Drive Naperville, IL 60564 | Purchase of remaining loans receivable and miscellaneous office equipment pursuant to Order approving sale entered 9/30/10 | 1129-000 | 7,000.00 | | 175,897.36 |
| 10/29/10 | 7 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 7.40 | | 175,904.76 |
| 11/30/10 | 7 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 7.23 | | 175,911.99 |
| 12/27/10 | 000100 | Thomas E. Springer Springer, Brown, Covey, Gaertner & Davis LLC 400 S. County Farm Road Suite 330 Wheaton, IL  60187 | Interim Fees Per Court Order and Interim Expenses per Court Order of December 23, 2010 | | | 11,231.22 | 164,680.77 |
| | | | Fees             11,068.00 | 3110-000 | | | |
| | | | Expenses           163.22 | 3120-000 | | | |
| 12/31/10 | 7 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 7.47 | | 164,688.24 |
| 01/31/11 | 7 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 7.09 | | 164,695.33 |
| 02/28/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.26 | | 164,696.59 |

Page Subtotals           7,967.87        11,231.22

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-02791 -CAD | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | FOX VALLEY MICRO LOAN FUND, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******0669  MONEY MARKET |
| Taxpayer ID No: | *******0550 | | | |
| For Period Ending: | 07/12/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.40 | | 164,697.99 |
| 04/26/11 | 000101 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Portion on Blanket Bond #016026455 | 2300-000 | | 136.65 | 164,561.34 |
| 04/29/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.35 | | 164,562.69 |
| 05/31/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.40 | | 164,564.09 |
| 06/30/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.35 | | 164,565.44 |
| 07/29/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.40 | | 164,566.84 |
| 08/31/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.40 | | 164,568.24 |
| 09/30/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.35 | | 164,569.59 |
| 10/31/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.40 | | 164,570.99 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 209.66 | 164,361.33 |
| 11/30/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.35 | | 164,362.68 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 202.64 | 164,160.04 |
| 12/30/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.39 | | 164,161.43 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 202.39 | 163,959.04 |
| 01/31/12 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.39 | | 163,960.43 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 215.03 | 163,745.40 |
| 02/15/12 | 000102 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Blanket Bond ; Bond #016026455 | 2300-000 | | 162.94 | 163,582.46 |
| 02/29/12 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.30 | | 163,583.76 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 194.60 | 163,389.16 |
| 03/30/12 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.38 | | 163,390.54 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 200.89 | 163,189.65 |
| 04/30/12 | 7 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 1.34 | | 163,190.99 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 207.33 | 162,983.66 |

Page Subtotals    19.20    1,732.13

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 14)

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-02791 -CAD | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | FOX VALLEY MICRO LOAN FUND, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******0669  MONEY MARKET |
| Taxpayer ID No: | *******0550 | | | |
| For Period Ending: | 07/12/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/12 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.38 | | 162,985.04 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 207.07 | 162,777.97 |
| 06/15/12 | 000103 | Illinois Charity Bureau Fund<br>Office of the Attorney General<br>Charitable Trust Bureau<br>100 West Randolph Street<br>11th Floor<br>Chicago, IL  60601-3175 | CO# 01-039886; 2011 Form AG990-IL | 2990-000 | | 15.00 | 162,762.97 |
| 06/29/12 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.33 | | 162,764.30 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 193.47 | 162,570.83 |
| 07/31/12 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.38 | | 162,572.21 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 213.23 | 162,358.98 |
| 08/31/12 | 7 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 1.33 | | 162,360.31 |
| 08/31/12 | | BANK OF AMERICA<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 199.64 | 162,160.67 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 162,160.67 | 0.00 |

|  |  | COLUMN TOTALS | 175,952.43 | 175,952.43 | 0.00 |
| --- | --- | --- | --- | --- | --- |
|  |  | Less:  Bank Transfers/CD's | 0.00 | 162,160.67 | |
|  |  | Subtotal | 175,952.43 | 13,791.76 | |
|  |  | Less:  Payments to Debtors | | 0.00 | |
|  |  | Net | 175,952.43 | 13,791.76 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| CHECKING ACCOUNT - ********9346 | 0.00 | 162,160.67 | 0.00 |
| MONEY MARKET - ********0669 | 175,952.43 | 13,791.76 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 175,952.43 | 175,952.43 | 0.00 |

Page Subtotals      5.42      162,989.08

Ver: 17.02d

FORM 2

Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-02791 -CAD | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | FOX VALLEY MICRO LOAN FUND, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******0669 MONEY MARKET |
| Taxpayer ID No: | *******0550 | | |
| For Period Ending: | 07/12/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 17.02d